# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0610. JEREMIAH PONDER v. THE STATE.**

Jeremiah Ponder was convicted of unlawful acts of violence in a penal institute and other crimes. Through counsel, he filed a timely motion for new trial. The trial court denied that motion, and counsel filed a timely notice of appeal on Ponder's behalf. That appeal has been docketed as Case No. A25A0611. Ponder also filed a pro se notice of appeal indicating his wish to appeal his judgment of conviction, resulting in the docketing of this appeal. Because this appeal appears to be duplicative of Case No. A25A0611, it is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  01/08/2025

> I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

> Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*